**Order filed December 19, 2019.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00220-CV

————————

**MEHMET OKUMUS AND SENOL OKUMUS, Appellant**

**V.**

**GARY J. MOUTON, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-10370**

## ORDER

The supplemental reporter's record containing the exhibits admitted into evidence in this case was due **December 13, 2019**. *See* Tex. R. App. P. 35.1. On December 3, 2019, this court ordered the court reporter to file the exhibits admitted into evidence at trial on July 6, 2017, within 10 days. The exhibits have not been filed with this court and no request for an extension of time has been filed.

Because the supplemental reporter's record has not been filed timely, we issue the following order.

We order **Alexandra Lindsey McDaniel**, the official court reporter, to file a supplemental reporter's record containing the exhibits admitted into evidence at trial on July 6, 2017, in this appeal **within 15 days** of the date of this order.  No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Alexandra Lindsey McDaniel** does not timely file the supplemental reporter's record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel consists of Justices Christopher, Jewell and Bourliot.